# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-12007

_____

ROSMERI ADALUZ MIRANDA-LOPEZ,

                                              Petitioner-Appellant,

*versus*

ICE ORLANDO FIELD OFFICER DIRECTOR,

                                              Respondent-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:25-cv-01015-CEM-LHP

_____

2						Order of the Court						25-12007

Before JORDAN, JILL PRYOR, and GRANT, Circuit Judges.

BY THE COURT:

Ms. Miranda-Lopez's Emergency Motion to Stay Deportation is DENIED. Given our decision in *Camarena v. Director, Immigration & Customs Enforcement*, 988 F.3d 1268, 1273 (11th Cir. 2021), Ms. Miranda-Lopez has not shown a substantial likelihood of success on the merits of her appeal. *See Nken v. Holder*, 556 U.S. 418, 434 (2009).

The Clerk is directed to treat any motion for reconsideration of this order as a non-emergency matter.